IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL MELLENTHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-01316 |
| TOMAX DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, DANIEL MELLENTHIN, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to her case against Defendant, TOMAX DEVELOPMENT CORPORATION.

Plaintiff and Defendant, TOMAX DEVELOPMENT CORPORATION, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 2nd day May, 2023.

                    Law Offices of
                    THE SCHAPIRO LAW GROUP, P.L.

                    /s/ Douglas S. Schapiro
                    Douglas S. Schapiro, Esq.
                    State Bar No. 54538FL
                    The Schapiro Law Group, P.L
                    7301-A W. Palmetto Park Rd., #100A
                    Boca Raton, FL 33433
                    Tel: (561) 807-7388
                    Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 2nd day of May, 2023.

                    /s/ Douglas S. Schapiro
                    Douglas S. Schapiro, Esq.
                    State Bar No. 54538FL