UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL MELLENTHIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-CV-01316-AGF |
| TOMAX DEVELOPMENT CORPORATION, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court upon notice by counsel that the parties have reached a settlement agreement. (Doc. No. 18). The parties request thirty (30) days to file dismissal papers.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file, on or before **June 1, 2023**, a joint stipulation of dismissal. Failure to comply with this order may result in the dismissal of this case by the Court.

**IT IS FURTHER ORDERED** that the Rule 16 conference scheduled for **May 2, 2023** is **VACATED**.

Dated this 2nd day of May 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE