IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL MELLENTHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-01316 |
| TOMAX DEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, DANIEL MELLENTHIN and Defendant, TOMAX DEVELOPMENT CORPORATION, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 23rd day of May, 2023.

                                              Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ *Douglas S. Schapiro*
                                              Douglas S. Schapiro, Esq.
                                              State Bar No. 54538FL
                                              The Schapiro Law Group, P.L.
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

                                              Attorney for Plaintiff

/s/ Brian E. McGovern
Brian E. McGovern, Esq., #34677MO
bmcgovern@mlklaw.com
Bryan M. Kaemmerer, #52998MO
bkaemmerer@mlklaw.com
Ryan O. Corrigan, #70925MO
rcorrigan@mlklaw.com
McCarthy, Leonard & Kaemmerer, LC
825 Maryville Center Drive, Suite 300
Town and Country, MO  63017
(314) 392-5200


Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL